UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Criminal No. 21-mj-30252

v.

JASON MICHAEL BONIN,

        Defendant.
_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                Respectfully submitted,

                                                SAIMA S. MOHSIN
                                                Acting United States Attorney

                                                *s/Benjamin C. Coats*
                                                Benjamin C. Coats
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI   48226
May 28, 2021                               734-226-9734

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Criminal No.   21-mj-30252

v.

IN RE:   SEALED MATTER

      Defendant.
_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                          s/Curtis Ivy, Jr.
                                          Honorable Curtis Ivy, Jr.
                                          United States Magistrate Judge

Dated:   May 28, 2021